IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ISAAC COOPER,
    Plaintiff,

vs.                                        Case No. 5:07cv108/RS/EMT

MS. SEXTON, et al.,
    Defendants.
_____/

**ORDER**

      This cause is before the court on Plaintiff's response to an order to show cause issued by this court (Doc. 8). By order of this court dated June 22, 2007, Plaintiff was given thirty (30) days in which to pay an initial partial filing fee in the amount of $5.34 (Doc. 6 at 1). Plaintiff failed to comply with the order; therefore, on July 31, 2007, this court issued an order directing Plaintiff to show cause why this action should not be dismissed for failure to comply with the previous order (Doc. 7). Plaintiff has now filed a response stating that a $350.00 lien has been placed on his inmate back account, but he has received no money since he filed this case (*see* Doc. 8 at 1). Plaintiff also states that the last time he received funds was in February 2007 (*id.*). In addition, Plaintiff states that there are other liens on his account for medical co-payments (*id.*). Finally, Plaintiff states that as soon as he receives funds in his inmate account the initial partial filing fee will be paid (*id.* at 1–2). The court shall grant Plaintiff an extension of time to pay the initial partial filing fee.

      Accordingly, it is **ORDERED**:

      1.    Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiff shall pay the initial partial filing fee of $5.34.

      2.    Plaintiff's failure to respond to this order may result in a recommendation of dismissal of this action.

**DONE AND ORDERED** this 9th day of August 2007.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**