IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ISAAC COOPER,
      Plaintiff,

vs.                                  Case No. 5:07cv108/RS/EMT

MS. SEXTON, et al.,
      Defendants.
_____/

**<u>ORDER</u>**

      This cause is before the court on Plaintiff's second response to an order to show cause issued by this court (Doc. 13).  By order of this court dated June 22, 2007, Plaintiff was given thirty (30) days in which to pay an initial partial filing fee in the amount of $5.34 (Doc. 6 at 1).  Plaintiff failed to comply with the order; therefore, on July 31, 2007, this court issued an order directing Plaintiff to show cause why this action should not be dismissed for failure to comply with the previous order (Doc. 7).  Plaintiff responded (*see* Doc. 8), and on August 8, 2007, the court granted Plaintiff an extension of time to September 8, 2007 to pay the initial partial filing fee (*see* Doc. 9 at 1).  Plaintiff did not pay the initial partial filing fee; therefore, on September 18, 2007 this court recommended that the instant case be dismissed without prejudice for Plaintiff's failure to comply with an order of the court (*see* Doc. 12 at 1).  Now before the court is Plaintiff's second response to this court's order to show cause (*see* Doc. 13).  Plaintiff requests that this case not be dismissed (*see id.* at 2).  Plaintiff states that a $350.00 lien has been placed on his inmate back account, but he has received no money since he filed this case (*see id.* at 1).  Further, Plaintiff states that his only means of receiving money is from his mother and she has told him that she cannot provide him with any funds at present (*see id.* at 1, 3 (letter from Plaintiff's mother)).  Finally, Plaintiff states that he is scheduled to be released from incarceration on October 1, 2007, and he promises that he will pay

the initial partial filing fee "within (72) hours of release" (*id.* at 2).[1]  Therefore, for good cause shown, this court's recommendation of September 18, 2007 shall be vacated, and Plaintiff shall be granted an extension of time to October 5, 2007 to pay the initial partial filing fee.

Accordingly, it is **ORDERED**:

1.      The court's Report and Recommendation filed on September 18, 2007 (Doc. 12) is hereby **VACATED**.

2.      On or before **OCTOBER 5, 2007**, Plaintiff shall pay the initial partial filing fee of $5.34.  The clerk shall send a copy of this order to Plaintiff at his address of record and to his address upon release from incarceration:  199 N.E. Country Kitchen Road; Madison, Florida 32340.

3.      On **OCTOBER 1, 2007**, the clerk of court is directed to update Plaintiff's address as follows: Isaac Cooper; 199 N.E. Country Kitchen Road; Madison, Florida 32340.

4.      Plaintiff's failure to respond to this order <u>will</u> result in a recommendation of dismissal of this action.

**DONE AND ORDERED** this 27<u>th</u> day of September 2007.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

---

[1]Plaintiff also states that his address after October 1, 2007 will be:  199 N.E. Country Kitchen Road; Madison, Florida 32340 (*see* Doc. 13 at 2).

Case No. 5:07cv108/RS/EMT